**SEALED**

**FILED**

NOV 1 3 2025

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | **SEALED** |
| v. | Case No. **25 CR 226 JFH** |
| JAMES SAMUEL EATON, | |
| *Defendant.* | |

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT ONE

### SOLICITATION TO COMMIT A CRIME OF VIOLENCE
[18 U.S.C. § 373(a)]

Beginning on or about April 15, 2025, and continuing until on or about July 18, 2025, in the Eastern District of Oklahoma, the defendant, **JAMES SAMUEL EATON**, with the intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, and threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce, and endeavor to persuade such other person to engage in such conduct, that is the killing of a Federal officer, in violation of 18 U.S.C. § 1114, and influencing, impeding, and retaliating against a Federal law enforcement officer, in violation of 18 U.S.C. § 115(a)(1), which is in violation of Title 18, United States Code, Section 373(a).

## COUNT TWO

### INTERSTATE COMMUNICATIONS WITH A
### THREAT TO INJURE THE PERSON OF ANOTHER
### [18 U.S.C. § 875(c)]

Beginning on or about April 15, 2025, and continuing until on or about July 18, 2025, in the Eastern District of Oklahoma, the defendant, **JAMES SAMUEL EATON**, did knowingly and willfully transmit in interstate commerce a communication which contained a threat to injure the person of another, specifically a threat to murder and assault a Federal law enforcement officer with the U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

T. CAMERON MCEWEN, AL Bar #7161R67M
Assistant United States Attorney

2

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s/ Foreperson

FOREPERSON OF THE GRAND JURY