OKED 442 (Rev. 09/15)

RECEIVED
NOV 1 4 2025
U.S. Marshals
Eastern Oklahoma

# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | SEALED |
| | ) | |
| | ) | Case No.  CR-25-226-JFH |
| | ) | |
| JAMES SAMUEL EATON | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
**JAMES SAMUEL EATON**                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Solicitation to Commit a Crime of Violence
Ct. 2: Interstate Communications with a Threat to Injure the Person of Another

**FILED**

NOV 2 5 2025

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

DATE: 11/13/2025
Muskogee, Oklahoma

*WARRANT ISSUED:*
BONNIE HACKLER, Clerk

By: _____
*Deputy Clerk*

| Return |
|---|
| This warrant was received on *(date)* 11/14/25 , and the person was arrested on *(date)* 11/25/25 at *(city and state)* Muskogee, OK . |
| Date:  11/25/25 |

_____
*Arresting officer's signature*

William R. Banks, SDUSM
*Printed name and title*