**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff*, | |
| **v.** | **Case No. CR-25-226-JFH** |
| **JAMES SAMUEL EATON,** | |
| *Defendant*. | |

## JOINT STATUS REPORT REGARDING PRODUCTION OF DISCOVERY

Comes now the United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney T. Cameron McEwen of the Eastern District of Oklahoma, and Jarred Lucas Jennings, attorney for the Defendant James Samuel Eaton, who submit this Joint Status Report Regarding Production of Discovery pursuant to the Court's Order (Doc. 18).

The Defendant appeared for arraignment on the Indictment (Doc. 2) on November 25, 2025. *See* Doc. 10. Pursuant to Local Criminal Rule 16.1(A), the United States' initial discovery was uploaded to USAfx and made available to defense counsel on November 25, 2025. A search warrant for the Defendant's residence and all electronic devices located at the residence linked to the Defendant was served on the Defendant on November 25, 2025. During the execution of the search warrant, several electronic devices linked to the Defendant were seized and are currently being processed and searched by law enforcement. The United States will produce all discovery related to the search of these electronic devices to the Defendant as soon as it becomes available to the United States and has been reviewed by the United States Attorney's Office. The Defendant has not produced any reciprocal discovery.

Counsel for the United States and the Defendant have conducted a Discovery Conference

1

via email and by phone in preparation for this Report.  Counsel for the Defendant will continue to diligently review the materials provided by the United States and confer as necessary about any additional outstanding items.   Both parties are aware of their continuing discovery obligations and will make the other party aware should any additional discovery become available.

Done this 2nd day of December, 2025.

Respectfully submitted.

CHRISTOPHER J. WILSON
United States Attorney

s/      *T. Cameron McEwen*
T. CAMERON MCEWEN
AL BAR # 7161-R67M
Assistant United States Attorney
520 South Denison
Muskogee, OK 74401
Telephone: (918) 684-5100
Fax: (918) 684-5150
Cameron.McEwen@usdoj.gov

s/      *Jarred Lucas Jennings*
JARRED LUCAS JENNINGS
Attorney for James Samuel Eaton
Assistant Federal Defender
(918) 687-2430
Jarred_Jennings@fd.org