I. am James Eaton's Grandpa. He has always been a good boy. and was Never in trouble. He has always been a Top student and still is in College. He hasent ever been in Trouble That I was aware of. He is a very Tender harted person. He is always Lot's of Fun To be around. But most of all I believe he is a Fine Christian boy that I Love very much and I pray for every day. I pray That he will be griven another chance. Thank you very much For Takeing The Time To consider This.

Thank you
John Eaton



EXHIBIT

A

tabbies