# NOTES

I've know James Eaton all of his life. He was such a fun loven kid with lot of energy spiderman was his hero. He was smart eager to learn always made good grades. He came to our house after school always hungry easy to please. Has never been controversal never a problem.

He has always been very polite and respect authority. In high school he was quiet but smart graduating top of his class. We love him dearly can't believe he would do anything to offind anyone!

Geneve Eaton

EXHIBIT
B