Nov '26, 2025

To. Whom it May Concern –

On behalf of James Eaton, I would like to offer a character reference on my personal observation.

As a long-time coworker of James mother and family friend, I have only seen respect, courtesy, politeness and a willing to assist in James behavior.

Sincerely

Leslie Cook

Leslie Cook



tabbies

EXHIBIT

C