November 25, 2025

To Whom It May Concern,

My name is Diane Walker and I was James Eaton's AP History teacher in High School.  I have not only taught him in high school, but also got to see him grow up as I taught at the elementary school he attended from kindergarten through 8th grade.

James has always been creative, with a strong moral code.  He stayed out of trouble and was on the  National Honor Roll  in High school.  He was a "school ambassador" in 8th grade giving tours of the school to community members.  He did some of the same leadership involved in Honors and AP courses at the high school.

As well as a solid student with a solid character he worked after school and has been working after graduation while  taking college courses to transfer to OSU to get a degree in Engineering.

James is a person that I look forward to doing wonderful things that will help society.  I pray you will take all of this into account as you hold his future in your hands.

Sincerely

Diane Walker
M.S. in Education
National Board Certified
Early Adolescent Social Studies
NBCT



**EXHIBIT**

D