

November 25, 2025

RE: James Eaton

To Whom It May Concern:

James Eaton has been a valued employee at Optronics International in Tulsa for the past 2 years. James currently works part-time as he is a full-time engineering student at TCC, North East Campus with plans to move to OSU Tulsa to complete his engineering degree next year.

While James is primarily responsible for the technical and detailed product data maintenance on our website, he is involved in a variety of projects and activities at Optronics – from warehouse work to even my retirement party planning last week!   This is why he is valued at Optronics – he confidently and with little direction completes his job and is a team player.

I can also speak confidently on James' character and both work/personal values.  Not only have I seen his work ethic and positive attitude at work for the past 2 years, but I am fortunate enough to have known James and the Eaton family for almost 30 years.  He is an upstanding young man!

I am greatly concerned for his well-being.  I would value the opportunity to meet personally with the court or government representatives to provide any further information or insight into James. I hope the authorities will take his character, values and "spotless" past and record into consideration in resolving his situation.  Please let me know if I may assist in resolving this situation.

Best regards,

Brett D. Johnson

President/CEO

Optronics International



EXHIBIT

E