---------- Forwarded message ---------
**From:** Nancy Eaton <neaton@optronicsinc.com>
**Date:** November 25, 2025 at 11:05:37 PM CST
**To:** sneatonscott@gmail.com
**Subject: From Emma**


My brother is loving, kind, considerate, patient and empathetic. He has always been there for me any time and every time I need him. When I need emotional support, a ride somewhere, or if I just need him to check on my dogs throughout the day, he's there. He's a great uncle. He is so sweet and caring with my nephews. He will follow my two year old nephew around outside, letting him explore for an hour or more at a time, making sure he stays safe. He will also listen to my seven year old nephew talk to him about math and dinosaurs until he's told him everything he knows.

He's a hard worker. We worked together on my grandparents farm for years growing up. It wasn't always the most fun way to spend summers, but we both cared for our grandparents and we learned so much about hard work, discipline, and so much more. I believe James has carried those traits into working as an intern and into his schooling as well.

Emma Eaton, sister



EXHIBIT

F