---------- Forwarded message ---------
From: **Sarah Eaton-Edwards** <saraheatonedwards@gmail.com>
Date: Tue, Nov 25, 2025 at 10:10 PM
Subject: Statements
To: <njlinzye@gmail.com>

Sarah Edwards' Statement

I have always known James to be a caring and compassionate person. I can see his kindness in the way he treats his friends, the way he treats animals, and the presence he has with his family. What I have enjoyed most is getting to watch him become an uncle for the first time seven years ago and most recently two years ago. Even though our two year old can be incredibly shy he warmed up to James immediately, and reaches for James to pick him up everytime he sees him. James is also a patient and engaged listener to our talkative seven year old and never seems to tire of the endless facts about dinosaurs and Minecraft.

Jeremiah Edwards' Statement

As long as I've known James he has always been intelligent, helpful, and caring. He's looked after my kids and played with them plenty. When we see him the kids instantly get excited to be with their uncle. He helped me and my family move to a new residence selflessly without asking for compensation in any capacity. Also whenever we visit he's only ever treated me and his parents with respect. Anytime a request is made, he never hesitates to do it.

Sage Edwards' Statement

I love James. I love playing with him. There's so much I love about him. I love playing games with him, like Jenga.



EXHIBIT

G