Ruth Buffington

To Whom It May Concern:

I am writing to offer a character reference for my friend, Mr. James Eaton. Although I am not aware of the specific details surrounding the current legal matter, I can speak confidently regarding James's character and past conduct.

I have known James through his work at the Muskogee Swim and Fitness Center, where he was responsible for ensuring the safety and well-being of others. During the time I have observed him in this role, James consistently exceeded his assigned duties and demonstrated genuine care for all individuals, regardless of race, creed, or background.

James is a young man of strong ethical integrity. He is trustworthy, responsible, and consistently conducts himself with respect and professionalism. He has a pattern of going above and beyond to support and serve others, and I have every confidence in his character.

I trust that the information being considered in this matter will be evaluated carefully and in accordance with the law. If there are steps I can take, or additional information I can provide, to help clarify the situation or assist in ensuring that James is returned to the least restrictive environment appropriate to his circumstances, please advise me.

Sincerely,
Ruth Buffington
Phone: 918-616-4551
Email: Ruth.blowingbubbles@gmail.com

Retired ACSW, LCSW. Retired National Certified Vocational Rehabilitation Counselor. Retired Vocational Evaluator



EXHIBIT

tabbies®

H