To Whom It May Concern:

My name is Terri Linzy and I am an IT Manager working for Phillips 66 in Bartlesville, OK. I am one of James Eaton's aunts.

I've been around James all his life. I have three kids similar in age to James and his sisters and we made a point to have them together as much as we could as they grew up. We spent holidays, birthdays and summers together. The kids all worked at their grandparent's farm in the summer helping to harvest the produce there, specifically sweet corn.

I've watched James grow into the smart, hardworking, responsible young man he is today and I'm proud of who he has become. I've never known him to be anything but kind and respectful.

I've not seen what was posted, but I am confident that it was never his intention to cause any harm or condone any type of violence. That's simply not who he is or what he stands for.


Respectfully,


Terri Linzy



**EXHIBIT**

I

tabbies®