2247 Mountain Drive
Bartlesville, OK 74003
November 25, 2025

RE: James Eaton

To Whom It May Concern:

My name is Kevin Linzy. I am a Sr. IT Business Analyst in Bartlesville, Oklahoma, working for ConocoPhillips. I am also an uncle of James Eaton.

My family and I spent a lot of time with James and his family over the years, sometimes at his house in Muskogee, more frequently at my parents' (and grandparents') family farm between Muskogee and Wagoner. My children, James, and his sisters are all of similar ages so they spent a lot of time together, especially during the sweet corn harvest. James and all of the grandkids helped my dad with the corn harvest. They all had jobs to do, which they did with smiles on their faces. They were able to spend time with their grandparents and each other, learning a work ethic and the value of their labor. Plus they also got to attend Porter First Baptist Church's famous Vacation Bible School.

I was fortunate to see James and his family this past Saturday at my house in Bartlesville where we hosted a family meal. I teased him after the meal because I had recently seen a photo of Pete Davidson that I thought looked a lot like James, and he reacted in a cute and shy way, belying his age of 22 years old.

I don't share James' political views, but I have never known of his involvement in any sort of mischief or altercation, and I find him to be kind and gentle. I cannot imagine him as any sort of threat or risk to others.

Respectfully,


Kevin Linzy
918-977-1152



EXHIBIT

J