2247 Mountain Drive,

Bartlesville, OK 74003

25 November, 2025

To Whom it May Concern,

My name is Hannah Linzy, and I graduated with a master's degree in Aeronautical and Astronautical Engineering from Purdue last year. I am writing a character reference for my cousin, James Eaton.

James is only a few years younger than me, and he has a sister who is the same age I am, so we spent a lot of time together when we were kids. Our grandparents have a farm where they grow several crops like cucumbers, okra, and corn, and we all spent many of our childhood summers together helping harvest them. I would usually stay at the Eaton's house while helping out on the farm, and I have fond memories of playing horse-themed Monopoly and games on the Wii with James and his sister. As we've grown older, we have spent less time together, but we still see each other for the holidays every year and James continues to be the sweet and respectful person he has always been.

James is incredibly kind and deeply cares about people, even those he doesn't know. My cousin is empathetic and loving and I cannot imagine him intentionally causing harm to anyone.

Sincerely,

Hannah Linzy



EXHIBIT

K