To whom it may concern:

I am Kyle Linzy, a Software Development Engineer working for Amazon. I am one of James' 5 cousins, on the "Linzy" side of the family.

Most of the time I spent with James was at my grandparents' farm outside of Porter, Oklahoma. It's where the family would gather for holidays and birthdays, and it's where all of us would work during the summer harvest. James was always pleasant to be around. He always treated me, and everyone I saw, with respect and kindness. He developed an excellent work ethic, working more seasons, and later into each season than most of the kids.

He's 6 years younger than me, so I can't say we spent a tremendous amount of time together, but I did get to see him grow up. One of the things that jumps out at me is how well he dealt with his speech impediment. The family's favorite game to play together is called "Catch Phrase". We'd play it religiously after Thanksgiving supper, and the important detail is it's a game that puts the players under time pressure to speak. I always thought it must be incredibly frustrating for him, to struggle with some of his words as the timer counted down. However, he never complained about it, he never got upset, I can't even remember a time he declined to play it with us. He seemed determined to enjoy the time he spent with all of us, despite the challenge. Even at 12 or 13, he had a dignity and a resolve that I still admire.

The last time I saw him was this summer, back at the farm after our grandfather's funeral. He was exactly as he's always been. This time, just being a good uncle to his nephews Rhys and Sage. Watching them as they wandered around the farm, or chatting with them, ad nauseam, about dinosaurs.

I simply have never seen him treat anyone poorly, and it's impossible for me to even imagine him being violent in any way.

Thank you,

Kyle Linzy



EXHIBIT

L