To whom it may concern,

My name is Jack Weaver. I am a physician in Muskogee Oklahoma. I have been the teacher of Junior and senior high school students at first Baptist Church Muskogee for the past 28 years. During that time I have had the pleasure and privilege of meeting and sharing my life with a number of students over the years.

I had the privilege of having James Eaton as a student in my Sunday school class. I was able to interact with him for six years while he was in the youth group. It has been a number of years since I have seen James, however, I know his character. I know the type of young man he was and is.

I know his family. I grew up with his father and his uncle. We have known each other for more than 50 years. We went to the same church in the same youth group together. And I have known James's grandparents for years. I know James's family and the type of people they are.

I know James and the way he was raised. I know that he would not harm people. I know that he is a Christian. I know that in his heart, he has love and grace and forgiveness. I know that he has a heart of love for people.

I have seen him in the youth group when he was in junior high and high school and the way he interacted with people and the way he responded with people. The way that he served. I know that people change, especially ideas and ideas. But I know that in his heart there is purity and honesty and Grace. And I know that in his heart there is love.

So I pray that you would find the ability to see the person that he is. I pray for clarity and understand understanding what he did and why he did it. And I pray for grace and mercy.

Sincerely, Jack Weaver MD


Sent from my iPhone
Jack Weaver, MD
MOEO
https://www.flowcode.com/page/nwam4-1683211745898



**EXHIBIT**

M