**From:** Jeff Eaton <jeff.eaton@att.net>
**Date:** November 25, 2025 at 7:17:37 PM CST
**To:** sneatonscott@gmail.com
**Subject: James**

My name is Jeff Eaton and James Eaton is my Nephew. I've always known James to be a very good young man. He always very respectful and carried himself in a respectful way. He's always held down a job. He was raised in a Christian home by my brother Scott Eaton and his mother Nancy Eaton. He's a good student and I've never known him to be in any trouble. I've known him his entire life. He's always fun to be around. He's always been surrounded by his family who are all professing Christians who did their best to instill Christian values in him.

Jeff Eaton
Sent from my iPhone



**EXHIBIT**

_0_