**From:** Daniel Foster <dfoster84@gmail.com>
**Date:** November 25, 2025 at 6:40:54 PM CST
**To:** sneatonscott@gmail.com
**Subject: Character Reference for James Eaton**

# Character Reference for James Eaton

I knew James from the time I came to Muskogee in the fall of 2016 to when I left in the spring of 2020. During that time I was James's youth pastor at First Baptist Church in Muskogee Oklahoma. Although James was quiet, one of his better character qualities was his work ethic and willingness to serve. In the summer of 2017, James went with myself and a group of about 30 people to the Dominican Republic to help build a chapel for a local pastor there. James was a hard worker and very willing to help in any capacity that he could. He was also involved several different times in service projects that we would do locally. In the time that I knew him, he was always very respectful, and overall a good kid. Although I have not been in his life consistently since I moved away, based on my relationship with him when he was in high school I can and would vouch for his character during those years. Please contact me if you have any additional questions.

-Daniel Foster
Next Gen Pastor
Living Hope Church
214-793-6754



EXHIBIT

P