---------- Forwarded message ---------
From: **Nancy Eaton** <neaton@optronicsinc.com>
Date: Wed, Nov 26, 2025 at 7:03 AM
Subject: Marriah
To: sneatonscott@gmail.com <sneatonscott@gmail.com>

I've been around the Eaton Family since I was 10 years old. I've watched James, over the years, grow into a respectable, intelligent, kind-hearted man. I lived with them on and off over the years, spending anywhere from 2 weeks to 2 month fragments living in their home, and very quickly I felt accepted as family. I have always, and still do, view James as a little brother. A lot like the entirety of the Eaton family, James is impressively hard-working and determined with the goals he wishes to achieve in life. I watched him work on his grandfathers farm from a young age, become immensely talented in hobbies like parkour, and earn nearly straight A's throughout his life. James remains one of the most exemplary young men I know still to this day, never causing any trouble. The outstanding person James Eaton is, is the type of person we need more of in this current state of the world.

From Marriah Edwards



**EXHIBIT**

Q