Begin forwarded message:

**From:** Nancy Eaton <neaton@optronicsinc.com>
**Date:** November 25, 2025 at 11:06:04 PM CST
**To:** Nancy Eaton <neaton@optronicsinc.com>
**Subject: Jose**

I've known James for five years and I see him as a person who loves his family, a hard worker, and a disciplined student. He's a great friend to me and is always willing to lend a hand, whether it's helping me around my house or helping me in the gym. He has shown patience and responsibility when working as a life guard and swim instructor at the Swim and Fitness Center and Waterpark in Muskogee. He is also a great uncle and is always happy to be able to spend time with his two nephews.

From Jose Bribiesca



EXHIBIT

R