United States District Court
101 North 5th Street
Muskogee OK 74401

November 25th 2025

Re: Character Reference for James Eaton

To Whom It May Concern,

I am writing to provide a character reference for James Eaton, whom I met when he was a student at Muskogee High School and Alice Robertson Junior High School. I have known James Eaton since he was in 8th grade. James was a member of the National and the Oklahoma Honor Society during his High School years. James was involved in Robotics and Engineering classes and extracurricular activities. I was James' Assistant Principal at Muskogee High School .I have had the privilege of witnessing James Eaton demonstrate unwavering integrity, compassion, and responsibility throughout our acquaintance. James has consistently shown a high moral character, displaying honesty and truthfulness in all his interactions. James has always shown respect for others, treating peers with dignity and kindness.

Based on my knowledge of James Eaton, I firmly believe that the actions alleged in the charges against him are uncharacteristic of his true nature, I genuinely believe tht James Eaton is a persian of integritywho made a mistake and is deeply remorseful for the consequences it has caused. I kindly request the court's consideration of James Eaton's overall character and I am confident that with appropriate guidance and support he will continue to positively contribute to the community, I firmly believe that James Eaton deserves an opportunity for redemption and rehabilitation.

Thank you for taking the time to review this character reference leter. Should your require any additional information please do not hesitate to contact me.

Sincerely,
Brian Doerner
2519 Canterbury Avenue
Muskogee OK 74403
(918) 681-0005
bdoerner64@gmail.com

