

**10:39** 🔕    .ıll 5G+ 92⚡

Cancel        **Fwd: James S. Eaton**        ↑

Sent from my iPhone

Begin forwarded message:

**From:** estella cain <qmom1122@yahoo.com>
**Date:** November 25, 2025 at 10:19:10 PM CST
**To:** Nancy Eaton <Sneatonsej@yahoo.com>
**Subject: James S. Eaton**

To whom it may concern,
Estella and I have known James and his family for over 20 years. We know James to be a very kind, intelligent and respectful young man. We have been to church together and on family vacations together. He is an outstanding student and we have full confidence and trust in this young man.
Thank you,
Estella and Jerry Cain
(918) 260-8119
Muskogee Ok



EXHIBIT

T