November 26, 2025

To Whom It May Concern,

My son James has always been a good kid. He has never been any trouble, and until now never been in trouble. He has always been a hard worker, starting from the time he was in grade school and learned how to pick watermelon, cantaloupe, and the other vegetables at his grandparents' farm. On the farm, we often worked long days in the hot sun, but he was never a complainer. He has always been responsible and made good grades in school without either his mother or me ever needing to nag him to do well.

James's true character is sweet, responsible, kind, soft spoken, and fun loving. James's mother and I raised him to be a Christian, to follow Jesus's Two Great Commandments: Love God, love others. I feel that James tries to follow them. I believe that James is still, and always will be, the young man that I and so many others have described him to be.

I hope that you can see those qualities in James's character as well.

Scott Eaton, father



EXHIBIT

U