James Eaton is a wonderful young man.

James is intelligent. He has always excelled at math and science and is working to prepare for the mechanical engineering program at OSu Tulsa.

In an effort to avoid debt, James has chosen to live at home while working his way through college. My husband and I pay his tuition and he pays many of his other expenses.

James is easy to live with. He is easy going, helpful, and respectful. We spend time together every evening at dinner and watching funny videos. James does his laundry, washes dishes, shops for groceries, and helps around the house when needed.

James has always been a hard worker, first on the family farm and then as a lifeguard beginning at 16. After graduating from Connors, he began working as seasonal help at Optronics where I work. On work days he was ready to commute at 6:30AM. James got along well with his supervisor and co-workers.

For the past year James has been interning in the marketing department, updating the company website and doing other tasks (making t-shirts, setting up displays, etc.).

James is a gentle, empathetic person. I think his speech impediment has made him more aware of others' challenges, but he hasn't let it prevent him from pursuing his ambitions.

As James's mom, I know he is not perfect. None of us are. I'm glad there is no "permanent record" of the dumb things I said as a young person. I am hopeful that James's academic, work and personal character will be considered.

Nancy Eaton, mother



EXHIBIT

V