11/26/2025

Personal Character Reference for James Eaton

To Whom It May Concern,

I'm happy to provide this character reference for James Eaton. I have known James in his role as a lifeguard at the Swim & Fitness Center, where he worked at both the indoor and outdoor facilities from the summer of 2020 through May of 2024. During this period, James consistently demonstrated maturity, professionalism, and a strong commitment to patron safety

James's work ethic was exceptional amongst his peers. He approached every shift with focus and responsibility, whether it was an early morning opening or a late evening close. He could be relied upon to complete all assigned tasks thoroughly, from maintaining surveillance of the water to helping with pool check list and cleanup around the facility.

Punctuality was one of James's strongest attributes. He arrived on time and was prepared and ready to work, often showing up early to ensure a smooth transition between shifts. On the occasion when he needed a schedule adjustment, for school or other reasons, he communicated in advance and he was flexible in finding coverage and worked cooperatively to avoid disruptions to operations.

James also demonstrated good communication skills. Even when he struggled with his speech impediment. He interacted with patrons in a friendly, respectful manner and was always willing to help out or offer assistance. Several participants in water aerobics classes regularly complimented the quality of his work and frequently remarked on how safe and well-cared-for they felt when he was on the pool deck.

In addition, James took great care of his own health, both physically and nutritionally, which was evident in his fitness level and energy on the job. He understood that maintaining his own wellbeing was an important part of being prepared to respond in an emergency. This personal discipline translated directly into his reliability and effectiveness as a lifeguard.

Based on his proven work ethic, punctuality, strong communication, and positive rapport with patrons, James Eaton is highly recommended for any position that requires responsibility, reliability, and strong character. James is also human, we make mistakes as humans. The best we can hope for is that we learn from these mistake and grow from it. I know that James will learn and grow from his mistakes given the opportunity.

Please feel free to contact me if further information is needed

Kevin Anthis

918-348-6620

# Exhibit W